# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 16-78 (JRT) |
| Plaintiffs, | |
| v. | **ORDER GRANTING EXTENSION OF TIME TO FILE REPLY** |
| DEANNA MAE ALAMA, | |
| Defendant. | |

Gregory G. Brooker, United States Attorney, and Allen A. Slaughter, Jr., and James S. Alexander, Assistant United States Attorneys, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Deanna Mae Alama, 20606-041, FCI Waseca, P.O. Box 1731, Waseca, MN 56093, *pro se* defendant.

Defendant Deanna Mae Alama has filed a Second Motion for Extension of Time to Submit Reply to Government's Response in Opposition to Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence [Docket No. 59]. Alama requests an extension until May 30, 2018.

**IT IS HEREBY ORDERED** that Alama's Motion is **GRANTED**. The reply to Government's Response is due on or before May 30, 2018.

DATED: April 13, 2018             _____s/John R. Tunheim_____
at Minneapolis, Minnesota.            JOHN R. TUNHEIM
                                                          Chief Judge
                                       United States District Court